[No. 22055-5-II.    Division Two.    December 4, 1998.]

DOUGLAS BATES, *Respondent*, v. INGE HOLBROOK,
*Defendant*, EMERALD SHORES HOMEOWNERS ASSOCIATION,
*Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-10920-6, Frederick W. Fleming, J., entered June 2, 1997. *Reversed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 22128-4-II.    Division Two.    December 4, 1998.]

WILLIAM J. MURPHY, *Appellant*, v. KAREN J. TARDIFF,
*Defendant*, WAYNE MYERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-0-0060-4, Leonard W. Costello, J., entered June 30, 1997. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 22169-1-II.    Division Two.    December 4, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. JOSEPH M.
BRUMFIELD, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-1-00322-2, Paula Casey, J., entered July 11, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 22266-3-II.    Division Two.    December 4, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICO G.
IBARRA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00097-9, Stephen M. Warning, J., entered August 5, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Morgan, J.